Decided April 14, 1999

ROBERT A. MARGULIES *v.* VICTORIA A. CASSANO

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 116 (AC 17554), is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*Edith F. McClure*, in support of the petition.

*John F. Morris*, in opposition.

Decided April 14, 1999